JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTHER HERNANDEZ,<br><br>Plaintiff,<br><br>v.<br><br>F & W AUTO, INC. dba GILLE AUTO; DAIMLER TRUCKS NORTH AMERICA LLC; A & A TRUCK SALES; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. CV 20-7670-GW-RAOx<br><br>**ORDER DISMISSING ACTION**<br><br>Action Filed:   January 30, 2020 |

Pursuant to the stipulation of the parties and Rule 41(a) of the Federal Rules of Civil Procedure, IT IS HEREBY ORDERED that Plaintiff's action is dismissed in its entirety, without prejudice, with each party to bear their own costs and attorney fees.

IT IS SO ORDERED.

Dated: August 31, 2020    _____

HON. GEORGE H. WU,
United States District Judge

-1-
[PROPOSED] ORDER DISMISSING ACTION